FILED
AUG 15 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:23-cr- 107 |
| | ) | |
| v. | ) | Theft of Mail by Postal Service Employee |
| | ) | 18 U.S.C. Section 1709 |
| ROBERT GRAY, | ) | (Count 1) |
| | ) | |
| *Defendant*. | ) | |

**<u>CRIMINAL INFORMATION</u>**

THE UNITED STATES ATTORNEY CHARGES THAT:

**<u>COUNT ONE</u>**

On or about May 26, 2023, in the Eastern District of Virginia, the defendant, ROBERT GRAY, a United States Postal Service officer and employee, specifically, a Postal Service driver, did unlawfully and knowingly embezzle, steal, and remove a letter, mail, and article and thing contained therein which had been entrusted to him, and which came into his possession intended to be conveyed by mail and delivered by a carrier or messenger employed by a department of the Postal Service.

Specifically, on or about May 26, 2023, ROBERT GRAY embezzled, stole, and removed a mailed letter from the mail stream that had been entrusted to his care and placed such letter into his vest. GRAY subsequently opened the letter in the front cab of his Postal Service delivery truck and removed $100 in cash from the letter, thereafter keeping those funds for his own use.

(In violation of Title 18, United States Code, Section 1709.)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/

Avi Panth
Virginia Bar No. 92450
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: avishek.panth@usdoj.gov